**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**CRAIG HOTH**

    **v.**                                  Case No. 3:10cv1081(CFD)(TPS)

**THERESA LANTZ, et al.**

<u>**ORDER**</u>

Plaintiff has filed a motion captioned "Motion for Prejudgment Remedy," in which he seeks a preliminary injunction ordering an immediate and thorough medical examination, a repeat MRI and consultation with a specialist to create a long term treatment plan.

Defendants are hereby ordered to respond to this request. Defendants shall file their response within **twenty (20)** days from the date of this order.

**SO ORDERED** at Hartford, Connecticut, this <u>19th</u> day of October 2010.

                                                /s/ Thomas P. Smith
                                                **Thomas P. Smith**
                                                **United States Magistrate Judge**